UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM HUGHES, individually,
and as parent and next friend of
D.W.H., a minor,

      Plaintiff,

v.                                      Case No. 8:06-CV-02147-24-MAP

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY

      Defendant.
_____/

**O R D E R**

      This cause comes before the Court on its own.  On November 17, 2006, Plaintiff filed suit against the District School Board of Collier County in the Tampa Division of the Middle District of Florida, in connection with the schooling that D.W.H. received in Collier County. Since Collier County is in the Fort Myers Division of the Middle District of Florida, this case should be transferred to the Fort Myers Division for all further proceedings, pursuant to Local Rule 1.02(c) and (e).

      Accordingly, it is ORDERED that this case is TRANSFERRED to the Fort Myers Division of the Middle District of Florida for all further proceedings in accordance with Local Rule 1.02(c) and (e).

      **DONE AND ORDERED** at Tampa, Florida, this 17th day of November, 2006.

                                                    SUSAN C. BUCKLEW
                                                    United States District Judge

Copies to: Counsel of Record